No. 25-1457

IN THE

# United States Court of Appeals for the Ninth Circuit

ROBERT MCGUIRE

*Plaintiff-Appellee,*

v.

CALVIN JOHNSON,

*Defendant-Appellant,*

and

NEVADA DEPARTMENT OF CORRECTIONS AND WILLIAM GITTERE,

*Defendants.*

On Appeal from the United States District Court
for the District of Nevada

Case No. 3:23-cv-00165-ART-CLB
Hon. Anne R. Traum

**PLAINTIFF-APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

| | |
|---|---|
| SAMUEL WEISS | JESSICA L. ELLSWORTH |
| RIGHTS BEHIND BARS | SAM ZWINGLI |
| 1800 M Street NW | HOGAN LOVELLS US LLP |
| Front 1, No. 33821 | 555 13th Street NW |
| Washington, DC 20033 | Washington, DC 20004 |
| Telephone: (202) 455-4399 | Telephone: (202) 637-5600 |
| | jessica.ellsworth@hoganlovells.com |

September 25, 2025           *Counsel for Plaintiff-Appellee*

## MOTION FOR EXTENSION OF TIME

Plaintiff-Appellee moves, under Federal Rule of Appellate Procedure 26(b), for a 30-day extension of time to file his answering brief. In support thereof, Appellee states the following:

1. Appellee's answering brief is currently due on October 15, 2025. With the 30-day extension requested in this motion, the answering brief would be due on Monday, November 17, 2025.

2. This is Appellee's second extension request. Appellee previously submitted an automated extension request through the ACMS system. Counsel for Defendant-Appellant has stated that they consent to this request.

3. Good cause exists for this requested extension. Lead Counsel has a number of upcoming deadlines in other matters, including: a reply brief in *Novartis Pharmaceuticals Corporation v. Hathaway*, No. 25-01619 (8th Cir.), due on October 8, 2025; a motion to affirm or dismiss in *Allen v. Milligan*, Nos. 25-273, 25-274 (U.S.), due October 20, 2025; an opening brief in *3M Chemical Operations LLC v. Minnesota Pollution Control Agency*, No. A25-1049 (Minn. Ct. App.), due on October 10, 2025; two oppositions to motions to intervene in *Alliance for Hippocratic Medicine v. U.S. Food and Drug Administration*, No. 22-cv-223 (N.D. Tex.), due October 10, 2025 and October 14, 2025; a response brief in *Cleveland Bakers & Teamsters Health & Welfare Fund v. AMAG Pharms, Inc.*, No. 25-1334

(1st Cir.), due on October 20, 2025; a reply brief in support of certiorari in *Feldman v. Sullivan*, No. 25-240 (U.S.), due on October 22, 2025; and oral argument in *Warner v. Amgen Inc.*, No. 25-1268 (1st Cir.), on November 3, 2025.

    For these reasons, Appellee requests that this Court grant the unopposed motion for a 30-day extension of time to file Appellee's answering brief.

Respectfully submitted,

/s/ Jessica L. Ellsworth
JESSICA L. ELLSWORTH
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com

September 25, 2025    *Counsel for Plaintiff-Appellee*

## CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 277 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office 365 in Times New Roman 14-point font.

3. The electronic version of this motion has been scanned for viruses and has been found to be virus free.

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, the foregoing was electronically filed through this Court's ACMS system, which will serve a notice of filing to all registered users.

<u>/s/ Jessica L. Ellsworth</u>
Jessica L. Ellsworth